EDMUND G. BROWN JR.
Attorney General of California
SARA J. DRAKE
Supervising Deputy Attorney General
PETER H. KAUFMAN
Deputy Attorney General
State Bar No. 52038
NEIL D. HOUSTON
Deputy Attorney General
State Bar No. 168058
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 322-5476
 Fax:  (916) 327-2319
 E-mail:  Neil.Houston@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CACHIL DEHE BAND OF WINTUN INDIANS OF THE COLUSA INDIAN COMMUNITY, a federally recognized Indian Tribe,**<br><br>Plaintiff,<br><br>v.<br><br>**STATE OF CALIFORNIA; and CALIFORNIA GAMBLING CONTROL COMMISSION, an agency of the State of California,**<br><br>Defendants. | 07-CV-01069-FCD-JFM<br><br>**STIPULATION TO CONTINUE HEARING DATE FOR DISPOSITIVE MOTIONS; ORDER**<br><br>**Hearing:**<br>**Time:**<br>**Courtroom: 2**<br>**Judge:  Honorable Frank C. Damrell, Jr** |

On August 8, 2008, the United States Court of Appeals for the Ninth Circuit reversed this Court's decision granting defendants' Rule 19 motion to dismiss the complaint in *Cachil Dehe Band of Wintun Indians of the Colusa Indian Community v. State of California, et al.*, United States District Court for the Eastern District, Case No. CV-04-02265-FCD.  Defendants then filed

1

**Stipulation To Continue Hearing Date For Dispositive Motions (07-CV-01069-FCD-JFM)**

a Petition for Rehearing En Banc.  As of the date of this stipulation, the Court has not ruled upon the petition.  This circumstance creates uncertainty as to whether defendants in this action should, as required by the terms of the Pretrial Scheduling Order, file a dispositive motion based on Rule 19 by the date dispositive motions must be filed.  In the interest of allowing more time for the appellate court to rule upon the petition for rehearing before dispositive motions are filed and heard in this case, the parties have agreed, and do hereby stipulate, to continue the hearing date for dispositive motions in this case from November 14, 2008, to December 12, 2008, with the understanding that plaintiff is unwilling to continue the hearing beyond that date regardless of the outcome of defendants' petition for rehearing or any further review that defendants may seek.  Accordingly, absent a further order of this Court, all such motions shall now be filed electronically by no later than November 10, 2008, and the motions heard on December 12, 2008, at 10:00 a.m., in Courtroom 2.

The parties respectfully request that this Court grant this brief continuance as requested and stipulated.

IT IS HEREBY AGREED.
Dated:  October 10, 2008                        EDMUND G. BROWN JR.
                                                Attorney General of the State of California
                                                SARA J. DRAKE
                                                Supervising Deputy Attorney General
                                                PETER H. KAUFMAN
                                                Deputy Attorney General

                                                 /s/ Neil D. Houston

                                                By:_____
                                                   NEIL D. HOUSTON
                                                   Deputy Attorney General
                                                   Attorneys for Defendants

Dated:  October __, 2008                        GEORGE FORMAN
                                                FORMAN & ASSOCIATES

                                                 /s/ George Forman
                                                By: _____
                                                   GEORGE FORMAN
                                                   Attorneys for Plaintiff

2
**Stipulation To Continue Hearing Date For Dispositive Motions (07-CV-01069-FCD-JFM)**

**ORDER**

Based upon the above stipulation of the parties and for good cause shown, the hearing date for dispositive motions in this case is continued from November 14, 2008, to December 12, 2008. Accordingly, absent a further order of this Court, all such motions shall now be filed electronically by no later than November 10, 2008, and the motions heard on December 12, 2008, at 10:00 a.m., in Courtroom 2.

Dated:   October 14, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE